IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| Athina Karahogitis | § | |
| --- | --- | --- |
| | § | |
| v. | § | Case No. 4:24-cv-00706 |
| | § | |
| TPUSA, Inc. d/b/a Teleperformance USA and Does 1-20 | § § | |

**INDEX TO APPENDIX IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**

| <u>Ex.</u> | <u>Description</u> | <u>Pages</u> |
| --- | --- | --- |
| A. | Plaintiff's First Set of Requests for Production and Interrogatories | 001-013 |
| B. | Defendant TPUSA, Inc.'s Responses and Objections to Plaintiff's Request for Production | 014-023 |
| C. | Letter regarding Miranda Collard deposition | 024 |
| D. | Email regarding Miranda Collard deposition | 025-026 |
| E. | Emails regarding Miranda Collard deposition | 027-029 |
| F. | Email regarding depositions | 030-031 |
| G. | Letter regarding depositions | 032-033 |
| H. | Amended and Restated Employment and Non-Competition Agreement | 034-069 |
| I. | Defendant TPUSA, Inc.'s Initial Disclosures | 070-073 |

Dated: March 28, 2025.

Respectfully submitted,

*/s/ Brian Vanderwoude*
J. Brian Vanderwoude
Texas Bar No. 24047558
**DORSEY & WHITNEY LLP**
200 Crescent Court, Suite 1600
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile
vanderwoude.brian@dorsey.com

and

Gabrielle M. Wirth
Admitted pro hac vice
**DORSEY & WHITNEY LLP**
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
(714) 800-1400 Phone
(714) 800-1499 Facsimile

**ATTORNEYS FOR PLAINTIFF
ATHINA KARAHOGITIS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Brian Vanderwoude*
J. Brian Vanderwoude