UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **Athina Karahogitis,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. 4:24-cv-00706 |
| **TPUSA, Inc. d/b/a Teleperformance USA,** | § | |
| **DOES 1-20,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**APPENDIX TO DEFENDANT TPUSA, INC.'S**
**BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

In accordance with Local Rule 7.1(i) Defendant TPUSA, Inc. respectfully submits this Appendix in support of its Brief in Support of Motion for Summary Judgment, filed contemporaneously herewith.

| App. Page(s) | Ex. | Description |
|---|---|---|
| App. 002 – 005 | A | February 1, 2017 Service Agreement |
| App. 007 | B | 1st Addendum to Service Agreement |
| App. 009 | C | 2nd Addendum to Service Agreement |
| App. 011 – 012 | D | 3rd Addendum to Service Agreement |
| App. 014 – 016 | E | Termination Agreement |
| App. 018 – 020 | F | First Amendment to Termination Agreement |
| App. 022 – 023 | G | Invoices |

| App. 025 – 060 | H | Amended and Restated Employment and Non-Competition Agreement |
| --- | --- | --- |
| App. 062 – 067 | I | Job Description Global Deputy Chief Client Officer |
| App. 069 – 070 | J | May 1, 2023 Email |
| App. 072 – 078 | K | August 7, 2023 Email |
| App. 080 – 084 | L | October 5, 2023 Email |
| App. 086 – 087 | M | September 22, 2023 Email |
| App. 089 – 098 | N | October 31, 2023 Email |
| App. 100 | O | Termination Letter |
| App. 102 – 115 | P | COBRA Letter |
| App. 117 – 145 | Q | Original and Translated Medical Records |
| App. 147 – 150 | R | EEO Policy |
| App. 152 – 163 | S | Gustavo Mir Paystubs |
| App. 165 – 190 | T | Mamta Rodrigues Paystubs |
| App. 192 – 215 | U | Will Fritcher Paystubs |
| App. 217 – 234 | V | Dan Kramer Paystubs |
| App. 236 – 252 | W | Linda Comp-Noto Paystubs |
| App. 254 – 274 | X | Rahul Jolly Paystubs |

81637359;1

| App. 276 – 284 | Y  | TPUSA Employee Benefit Policy |
| --- | --- | --- |
| App. 286 – 567 | Z  | Plaintiff's Deposition Transcript Part 1 |
| App. 569 – 692 | AA | Plaintiff's Deposition Transcript Part 2 |
| App. 694 – 708 | BB | Miranda Collard Rough Draft Deposition Transcript |
| App. 710 – 713 | CC | Affidavit of Miranda Collard |
| App. 715 – 718 | DD | Affidavit of Michelle Sedlacek |
| App. 720 – 722 | EE | July 27, 2023 Email |

Dated: June 18, 2025.

Respectfully submitted,

*/s/ Ryan C. Krone*
Robert Weitzel
State Bar No. 24070823
**AKERMAN LLP**
2001 Ross Ave., Suite 3600
Dallas, Texas 75201
Telephone No. (214) 720-4300
Email: robert.weitzel@akerman.com

and

Ryan C. Krone
State Bar No. 24085750
**AKERMAN LLP**
1300 Post Oak Boulevard, Suite 2300
Houston, Texas 77056
Telephone No. (713) 871-6836
Email: ryan.krone@akerman.com

and

Eric A. Gordon, Esq.
Pro Hac Vice
Florida Bar Number: 071341
**AKERMAN LLP**

3

81637359;1

777 S. Flagler Drive, Suite 1100 W
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
E-Mail: eric.gordon@akerman.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that in compliance with the Federal Rules of Civil Procedure, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on the 18th day of June 2025.

                                        */s/ Ryan C. Krone*
                                        Ryan C. Krone

81637359;1