UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Athina Karahogitis,** § § § **Plaintiff,** § § **vs.** § § **TPUSA, Inc. d/b/a Teleperformance USA,** § **DOES 1-20,** § § **Defendants.** § § | **CIVIL ACTION NO. 4:24-cv-00706** |

### APPENDIX TO DEFENDANT TPUSA, INC.'S
### BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

In accordance with Local Rule 7.1(i) Defendant TPUSA, Inc. respectfully submits this Appendix in support of its Brief in Support of Motion for Summary Judgment, filed contemporaneously herewith.

| App. Page(s) | Ex. | Description |
|---|---|---|
| App. 002 – 005 | A | February 1, 2017 Service Agreement |
| App. 007 | B | 1st Addendum to Service Agreement |
| App. 009 | C | 2nd Addendum to Service Agreement |
| App. 011 – 012 | D | 3rd Addendum to Service Agreement |
| App. 014 – 016 | E | Termination Agreement |
| App. 018 – 020 | F | First Amendment to Termination Agreement |
| App. 022 – 023 | G | Invoices |

| App. 025 – 060 | H | Amended and Restated Employment and Non-Competition Agreement |
|---|---|---|
| App. 062 – 067 | I | Job Description Global Deputy Chief Client Officer |
| App. 069 – 070 | J | May 1, 2023 Email |
| App. 072 – 078 | K | August 7, 2023 Email |
| App. 080 – 084 | L | October 5, 2023 Email |
| App. 086 – 087 | M | September 22, 2023 Email |
| App. 089 – 098 | N | October 31, 2023 Email |
| App. 100 | O | Termination Letter |
| App. 102 – 115 | P | COBRA Letter |
| App. 117 – 145 | Q | Original and Translated Medical Records |
| App. 147 – 150 | R | EEO Policy |
| App. 152 – 163 | S | Gustavo Mir Paystubs |
| App. 165 – 190 | T | Mamta Rodrigues Paystubs |
| App. 192 – 215 | U | Will Fritcher Paystubs |
| App. 217 – 234 | V | Dan Kramer Paystubs |
| App. 236 – 252 | W | Linda Comp-Noto Paystubs |
| App. 254 – 274 | X | Rahul Jolly Paystubs |

| App. 276 – 284 | Y | TPUSA Employee Benefit Policy |
| --- | --- | --- |
| App. 286 – 567 | Z | Plaintiff's Deposition Transcript Part 1 |
| App. 569 – 692 | AA | Plaintiff's Deposition Transcript Part 2 |
| App. 694 – 708 | BB | Miranda Collard Rough Draft Deposition Transcript |
| App. 710 – 713 | CC | Affidavit of Miranda Collard |
| App. 715 – 718 | DD | Affidavit of Michelle Sedlacek |
| App. 720 – 722 | EE | July 27, 2023 Email |

Dated: June 18, 2025.

Respectfully submitted,

*/s/ Ryan C. Krone*
Robert Weitzel
State Bar No. 24070823
**AKERMAN LLP**
2001 Ross Ave., Suite 3600
Dallas, Texas 75201
Telephone No. (214) 720-4300
Email: robert.weitzel@akerman.com

and

Ryan C. Krone
State Bar No. 24085750
**AKERMAN LLP**
1300 Post Oak Boulevard, Suite 2300
Houston, Texas 77056
Telephone No. (713) 871-6836
Email: ryan.krone@akerman.com

and

Eric A. Gordon, Esq.
Pro Hac Vice
Florida Bar Number: 071341
**AKERMAN LLP**

3

777 S. Flagler Drive, Suite 1100 W  
West Palm Beach, FL 33401  
Telephone: (561) 653-5000  
Facsimile: (561) 659-6313  
E-Mail: eric.gordon@akerman.com

**COUNSEL FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that in compliance with the Federal Rules of Civil Procedure, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on the 18th day of June 2025.

          */s/ Ryan C. Krone*  
          Ryan C. Krone

81637359;1