IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| Athina Karahogitis | § | |
| --- | --- | --- |
| | § | |
| v. | § | Case No. 4:24-cv-00706 |
| | § | |
| TPUSA, Inc. d/b/a Teleperformance USA and Does 1-20 | § § | |

**INDEX TO APPENDIX IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**

| <u>Ex.</u> | <u>Description</u> | <u>Pages</u> |
| --- | --- | --- |
| A. | Emails re Order on Plaintiff"s Motion to Compel & Other Outstanding Discovery Issues | 001-006 |
| B. | Excerpts of the deposition of Will Fritcher | 007-012 |
| C. | Excerpts of the deposition of Miranda Collard | 013-023 |
| D. | Emails regarding depositions | 024-028 |

Dated: July 9, 2025.

Respectfully submitted,

*/s/ Brian Vanderwoude*
J. Brian Vanderwoude
Texas Bar No. 24047558
**DORSEY & WHITNEY LLP**
200 Crescent Court, Suite 1600
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile
vanderwoude.brian@dorsey.com

and

Gabrielle M. Wirth
Admitted pro hac vice
**DORSEY & WHITNEY LLP**
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
(714) 800-1400 Phone
(714) 800-1499 Facsimile

**ATTORNEYS FOR PLAINTIFF**
**ATHINA KARAHOGITIS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Brian Vanderwoude*
J. Brian Vanderwoude