IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Athina Karahogitis | § | |
| | § | |
| v. | § | Case No. 4:24-cv-00706 |
| | § | |
| TPUSA, Inc. d/b/a Teleperformance USA and Does 1-20 | § § | |

**INDEX TO APPENDIX IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| Ex. | Description | Pages |
|---|---|---|
| A. | Services Agreement and First, Second, and Third Addendum thereto | |
| B. | 2022 Strategic Account Manager Sales Incentive Plan (TPUSA0000291-307) | |
| C. | Termination Agreement | |
| D. | Employment and Non-Competition Agreement | |
| E. | February 2023 emails between Athina Karahogitis and Leigh Ryan (AK-TPUSA 000355-360) | |
| F. | Amended and Restated Employment and Non-Competition Agreement | |
| G. | April-June 2023 emails between Athina Karahogitis, Kelly Grypari, and Miranda Collard (AK-TPUSA 00587-591) | |
| H. | First Amendment to Termination Agreement | |
| I. | Declaration of Koda Skurzewski | |
| J. | Declaration of Maria Sigacheva | |
| K. | Excerpts of the deposition of Oahn Phuong | |

INDEX – PAGE 1

| L. | March 2023 email from Leigh Ryan (TPUSA00000702) | |
| M. | May-June 2023 emails between Athina Karahogitis and Miranda Collard | |
| N. | Declaration of Mara Bouklia | |
| O. | TPUSA's Privilege Log | |
| P. | Declaration of David Minkus | |
| Q. | Declaration of Athina Karahogitis | |

Dated: July 9, 2025.

Respectfully submitted,

/s/ *Brian Vanderwoude*
J. Brian Vanderwoude
Texas Bar No. 24047558
**DORSEY & WHITNEY LLP**
200 Crescent Court, Suite 1600
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile
vanderwoude.brian@dorsey.com

and

Gabrielle M. Wirth
Admitted pro hac vice
**DORSEY & WHITNEY LLP**
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
(714) 800-1400 Phone
(714) 800-1499 Facsimile

**ATTORNEYS FOR PLAINTIFF
ATHINA KARAHOGITIS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

>                     /s/ Brian Vanderwoude
>                     J. Brian Vanderwoude