IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| Athina Karahogitis | § | |
| | § | |
| v. | § | Case No. 4:24-cv-00706 |
| | § | |
| TPUSA, Inc. d/b/a Teleperformance USA | § | |
| and Does 1-20 | § | |

**INDEX TO APPENDIX IN SUPPORT OF PLAINTIFF ATHINA KARAHOGITIS' REPLY IN SUPPORT OF SECOND MOTION TO COMPEL**

| Ex. | Description | App. Pages |
|---|---|---|
| A. | Declaration of David Minkus | App. 002-010 |
| B. | Declaration of Crystal Skurzewski | App. 012-016 |
| C. | Declaration of Maria Sigacheva | App. 018-022 |
| D. | Supplemental Declaration of Maria Sigacheva | App. 024-025 |
| E | Declaration of Marieke Smidt | App. 027-030 |
| F | Declaration of Maria Bouklia | App. 032-043 |
| G | Declaration of Brian Vanderwoude | App. 045-052 |
| H | Supplemental Declaration of Athina Karahogitis | App. 054-153 |

Dated: July 17, 2025.

        Respectfully submitted,

        */s/ Brian Vanderwoude*
        J. Brian Vanderwoude
        Texas Bar No. 24047558
        **DORSEY & WHITNEY LLP**
        200 Crescent Court, Suite 1600
        Dallas, Texas 75201
        (214) 981-9900 Phone
        (214) 981-9901 Facsimile
        vanderwoude.brian@dorsey.com

        and

        Gabrielle M. Wirth
        Admitted pro hac vice
        **DORSEY & WHITNEY LLP**
        600 Anton Boulevard, Suite 2000
        Costa Mesa, CA 92626-7655
        (714) 800-1400 Phone
        (714) 800-1499 Facsimile

        **ATTORNEYS FOR PLAINTIFF**
        **ATHINA KARAHOGITIS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

        */s/ Brian Vanderwoude*
        J. Brian Vanderwoude