UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ATHINA KARAHOGITIS,**

   Plaintiff,

v.                                                           No. 4:24-cv-00706-P

**TPUSA, INC., ET AL.,**

   Defendants.

## ORDER

   The Court held a hearing on July 21, 2025, to consider two motions filed by the Plaintiff: a Second Motion to Compel, and a Motion to Strike Defendant's Summary Judgment Evidence. ECF Nos. 65, 68. For the reasons stated in the hearing, the Court **DENIES** both Motions.

   Additionally, as discussed, the Court **ORDERS** the Parties to attend mediation with the <u>United States Magistrate Judge Hal R. Ray, Jr.</u> **on or before August 4, 2025**. Within three days after the mediation, the Parties must <u>jointly prepare and file a written report</u>. This report must include the signatures of each party's counsel, the date on which the mediation was held, the persons present (including the capacity of any representative), and a statement on the effect of their mediation and whether the case has been settled by agreement of the Parties.

   **SO ORDERED** on this **21st day of July 2025.**

*[Signature: Mark T. Pittman]*

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE