1               IN THE UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT OF TEXAS

3                    FORT WORTH DIVISION

4   ATHINA KARAHOGITIS          )    CASE NO. 4:24-CV-000706-P
                                )
5   vs.                         )    FORT WORTH, TEXAS
                                )
6   TPUSA, INC. d/b/a           )    JULY 21, 2025
    TELEPERFORMANCE USA,        )
7   DOES 1-20                   )    9:00 A.M.

8
                            VOLUME 1
9              TRANSCRIPT OF MOTION TO COMPEL
             BEFORE THE HONORABLE MARK T. PITTMAN
10            UNITED STATES DISTRICT COURT JUDGE

11

12  **A P P E A R A N C E S:**

13  FOR THE PLAINTIFF:      J. BRIAN VANDERWOUDE
                            DORSEY & WHITNEY, LLP
14                          200 Crescent Court
                            Suite 1600
15                          Dallas, Texas  75201
                            Telephone:  214.981.9953
16
                            MELONIE S. JORDAN
17                          Dorsey & Whitney, LLP
                            600 Anton Boulevard
18                          Suite 2000
                            Costa Mesa, California  92626
19                          Telephone:  714.800.1400

20

21  FOR THE DEFENDANT:      ERIC ANDREW GORDON
                            Akerman, LLP
22                          777 South Flagler Drive
                            Suite 1100 West
23                          West Palm Beach, Florida  33401
                            Telephone:  561.273.5588

24

25

```
 1                              RYAN CHRISTOPHER KRONE
 2                              Akerman, LLP
                               1300 Post Oak Blvd.
 3                              Suite 2300
                               Houston, Texas  77056
 4                              Telephone:  713.871.6836

 5
       COURT REPORTER:         MONICA WILLENBURG GUZMAN, CSR, RPR
 6                              501 W. 10th Street, Room 310
                               Fort Worth, Texas  76102
 7                              Telephone:  817.850.6681
                               E-Mail:  mguzman.csr@yahoo.com
 8

 9     Proceedings reported by mechanical stenography, transcript
       produced by computer.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

**INDEX**

2                                                    PAGE  VOL.

3  Appearances ..................................4    1

4

5  Comments by the Court .......................4    1

6

7  Motion by Mr. Vanderwoude ...................5    1

8

9  Response by Mr. Gordon .....................11    1

10

11 Rebuttal by Mr. Vanderwoude ................19    1

12

13 Comments by the Court ......................20    1

14

15 Court's Ruling .............................21    1

16

17 Proceedings Adjourned ......................23    1

18

19 Reporter's Certificate .....................24    1

20

21

22

23

24

25

4

**P R O C E E D I N G S**

*(July 21, 2025, 9:00 a.m.)*

1                       **P R O C E E D I N G S**

2                *(July 21, 2025, 9:00 a.m.)*

3    *THE COURT:* This is Case Number 4:24-CV-706-P. I am

4    going to butcher this name, but it's Karahogitis vs. TPUSA,

5    Inc., et al.

6        Today we have called a hearing on plaintiff's second

7    motion to compel. I don't believe I need argument on the

8    motion to strike, I'll talk about that later.

9        But before we talk about the motion to compel, would

10   the attorneys for plaintiff please introduce themselves?

11   *MR. VANDERWOUDE:* Good morning, Your Honor.

12       Brian Vanderwoude and Melonie Jordan on behalf of

13   the plaintiff.

14   *THE COURT:* Okay. Thank you.

15   *MR. GORDON:* Good morning, Your Honor. Eric Gordon

16   and Ryan Krone, from Akerman, on behalf of the defendant,

17   TPUSA.

18   *THE COURT:* All right. I typically don't hold

19   hearings on motions to compel. In fact, I think this is the

20   first one that I've had since I left the state bench. But

21   this one being the second motion to compel, some of the

22   arguments plaintiffs have brought up that defendants have not

23   complied with Judge Cureton's previous order, and the fact

24   that I believe we have a trial setting in this case on

25   September the 3rd *(sic)*, and we're past the discovery

1    deadline, did cause me to want to have a hearing on it.

2          I don't have the time to go through these like I did

3    at the state court with exhausting detail, but I will say that

4    I have read the motion and the response and the reply, and I

5    also went back and studied the record, as far as the briefing

6    that was filed in front of Judge Cureton.

7          So, at this time, I'd call upon counsel for

8    plaintiff, if you'd like to make your argument with regards to

9    the second motion to compel, you may do so.

10          MR. VANDERWOUDE:  Thank you, Your Honor.

11          And in the interest of the Court's time, I'm not

12    going to argue it like I would a state court motion to compel.

13          But I did want to point out what I think the issue

14    here is; you know, we had the order that came out that found

15    that TPUSA could account for documents that were in the

16    possession of its sister companies, and the Court overruled

17    their objections on that issue.

18          We went back to them and said, Here's the documents

19    we think you need to produce.  We were proposing that they run

20    search terms against various custodians, which is what we had

21    proposed at the outset back in February.  And the email we got

22    in response was, We don't read the Court's order to mean we

23    have to go search for other documents in the possession of all

24    these other entities.

25          And then a couple of months later, we ended up

6

1  getting depositions of a couple of individuals at TPUSA,

2  Miranda Collard and Will Fritcher.  Mr. Fritcher says he's

3  never even been asked to search for responsive documents.  He

4  said the only things he's ever been asked to turn over are his

5  WhatsApp text messages with our client, Ms. Karahogitis, who

6  we just refer to as Athina to make it easier on everybody,

7  Your Honor.  So, if I refer to Athina, that's who I'm speaking

8  about.  But Mr. Fritcher said he had only been asked to turn

9  over his text messages.

10        We then deposed Miranda Collard, who is Athina's

11  supervisor, and she likewise confirmed that she has documents,

12  probably in her emails, for example, performance reviews and

13  financial records and other information that she supposedly

14  relied upon in deciding to terminate our client, but it's not

15  -- they haven't searched for those.  And even after the

16  Court's order, she wasn't even asked to go back and look for

17  anything additional.

18        What they did, instead, is they've done this sort of

19  hunt-and-peck for responsive documents.  The affidavit in

20  their response confirms this legal officer for TPUSA just

21  reached out to certain people and said, Do you have any

22  documents, they said, no, and she said okay.  And that was the

23  extent of it.

24        So, we don't think they've done an adequate search

25  for responsive documents, because they haven't even searched

1    through key custodian's emails, as an example.  And as a

2    result of that, there are numerous categories of documents

3    that we think we're entitled to that haven't been produced.

4         This -- their response is basically, We've looked,

5    they don't exist, or they were overwritten and deleted during

6    the course of this litigation.

7         We went out and got supplemental declarations from a

8    number of different former employees who have all confirmed

9    this information should still be readily available.  It was

10   readily available when they were employed there, they could

11   reach out to other organizations and get it.  There was a

12   common HR system across all the organizations where this

13   information was accessible to everybody.  And -- and for

14   whatever reason, they haven't done that search to find that

15   information.

16        We don't have performance evaluations for our

17   client, as an example.  Which their justification for

18   terminating her is that she was a poor performer.  Well,

19   obviously the performance evaluations would speak to that.

20   And we know that they were done.  Even Ms. Collard testified

21   she did one, yet it hasn't been produced.

22        She said -- Ms. Collard said she's never even been

23   asked to look for it.  And again, these declarations that we

24   filed in the reply confirmed this information should be

25   readily available.  That's what Ms. Athina said, that's what

8

1    these other witnesses, Ms. Bouklia and Ms. Sigacheva said as

2    well.

3            There was -- they claim that she was terminated as

4    part of a cost optimization exercise.  We've asked for the

5    documents related to that.  Ms. Collard testified in her

6    deposition that she likely kept those documents in her emails,

7    but they haven't been produced.

8            Client surveys, what they call KSATs, Ms. Collard

9    confirmed in her deposition she had access to.  Athina's

10   declaration in the reply says those are routinely kept for

11   ten years and accessible by her entire team.  Yet, the

12   response basically says, Even though this litigation was

13   ongoing, that data has all somehow been overwritten, no one

14   maintained a backup; even though they were all conferring for

15   weeks before they terminated our client about potential

16   litigation.

17           Commission information.  There's emails that we've

18   produced regarding commission that are with TPUSA personnel

19   that have not been produced.  There's a gentlemen named Matt

20   Cuthill who was involved in all of this, he was consulted

21   about her termination, but his emails haven't been searched or

22   produced.

23           Again, Mr. Fritcher testified he didn't look for

24   anything other than his WhatsApp messages.  He said he wasn't

25   even given a litigation hold memo and never searched his

1    emails or Teams, even though he's identified as a person with

2    knowledge by both sides.  There's a number of other

3    individuals that we've proposed that they search, but they

4    refused to do so.

5          So, on the documents, we just don't think there's

6    been an adequate search done at the outset.  Instead, all

7    they've done is just, like I said, reached out to a couple of

8    individuals and said, Do you have any responsive documents?

9    And when the person says, No, that's been the end of it.  So,

10   on the documents, we think they need to be ordered to do a

11   sufficient search for this information that we've been asking

12   for.

13         And then on the depositions, this was part of our

14   first motion to compel, they said, We can't produce three

15   individuals that we've been asking for or a corporate rep on

16   certain topics, because the three individuals are employed by

17   other Teleperformance entities.  And on the corporate rep,

18   they say, Well, that relates to other Teleperformance

19   entities, so we shouldn't have to testify about it.

20         First off, the three individuals, I don't think

21   there's any dispute that they have knowledge of relevant

22   facts.  In fact, one of them, Mr. Cardoso, was identified by

23   Teleperformance in its initial disclosures as a person with

24   knowledge.  And -- and what they're claiming now is we can't

25   depose them by notice, because they're not Teleperformance USA

1    employees, they're employed by these other entities.

2           But Teleperformance, itself, in it's initial

3    disclosures, listed a whole bunch of employees of all these

4    other different countries -- excuse me, employed in all these

5    different -- other countries.  And for the contact information

6    said, Care of Akerman.  So, contact all these other

7    Teleperformance entities through Teleperformance USA's

8    attorneys.

9           And then it was when we started wanting to take

10   depositions they did an about face and said, Nope, never mind,

11   you can't contact them through us, you have to go issue a

12   subpoena and serve it on them because we can't produce them.

13   This was, again, in the first motion to compel, we showed that

14   all of these other individuals were, we believe, subject to

15   their control.

16          We've raised it again in our second motion to

17   compel, and we cited the case law that says, you know, If

18   they're a managing agent involved in the litigation -- and the

19   managing agent test is not a very high bar to clear, you just

20   have to show that the person is expected to identify with the

21   interest of the corporation, as opposed to the adverse party,

22   which is plainly what we've shown here.

23          These individuals were all involved, they all have

24   knowledge of relevant facts, including the basis for

25   termination.  Mr. Cardoso gathered up information and turned

it over to their legal team that they're now using to support

the termination of our client.

Mr. Dupuy was one who fought over our client when

she was moved into a global position.  He was fighting for her

because of her good performance.  And then Mr. Hamalelis

negotiated the terms of our client's employment agreement.

So, they all have knowledge, they're all aligned with the

company.  And it was only when we started asking for

depositions, they said, No, you can't notice them anymore, you

have to go subpoena them.

And then on the corporate rep topics, these were

all -- the topics that we're trying to get, they claim they

don't need to produce anyone because it involves other

entities.  Again, we've cited the case law, the *Goodyear Tire*

case says that duty to prepare a witness for a corporate rep

deposition includes the obligation to go get information from

other sources, including affiliates and sister companies.

*THE COURT:*  Did you send them a 30(b)(6) notice?

*MR. VANDERWOUDE:*  We sent them an email listing the

topics.  And then we started conferring about the topics, and

that's when they refused to produce anyone on those topics.

*THE COURT:*  Okay.

*MR. VANDERWOUDE:*  So --

*THE COURT:*  I'd like to hear the response, please.

*MR. GORDON:*  Thank you, Your Honor.

1          There's a lot to respond to and unpack from -- from

2    their opening.  Much of it is incorrect, much of it is

3    inaccurate.  I don't know if that's intentional or not on the

4    part of opposing counsel.  We've had a very good relationship

5    throughout this case, but there were many mischaracterizations

6    in their motion that we have, hopefully, pointed out in our

7    response.

8          But one of the overriding issues is that the motion

9    to compel was untimely.  This has been -- this case has been

10   going on for a year.  It wasn't until we filed our motion for

11   summary judgment that these issues became critical on their

12   part, that they began raising these issues.

13         When the first motion to compel was filed, we

14   complied, fully complied, with Magistrate Judge Cureton's

15   order.  There was nothing about depositions, I should make

16   that clear.  It was purely about documents, and that was in

17   Magistrate Judge Cureton's order.  So, depositions is a

18   completely separate issue, it was only about the documents.

19         It's important for the Court to understand, really,

20   what this case is about.  This is the -- the plaintiff, Athina

21   Karahogitis, was a -- lived in Greece, was employed by a

22   single employee entity, a Romanian entity, named Excaliber.

23   Excaliber contracted with an entity called TP Greece, it had a

24   Greek name, but it was TP Greece.

25         She worked through Excaliber for TP Greece for a

1    number of years before being hired by TPUSA; that wasn't until

2    January of 2023.  TPUSA, also for the Court's edification,

3    Teleperformance is the parent company, but there are numerous

4    entities around the globe.  TPUSA, it's based in Utah, is one

5    of those entities.  TP Greece is another one, TP Portugal is

6    another one, TP Netherlands.  They're all individual entities.

7    They have individual officers and directors, and they have

8    their own legal departments, they have their own financial

9    reporting, they have their own HR systems.

10          There's not one big HR system that covers the entire

11   company, that's simply not true.  There are individual HR

12   systems.  Documents are kept per each individual entity.  So,

13   to say that someone from Teleperformance, namely, Leslie

14   Miller, who is an attorney, who works in-house at TPUSA based

15   in Denver, to say that she can reach out and pull documents

16   from other entities around the globe is simply not true.  She

17   also cannot force individuals from other countries to appear

18   for depositions in cases here in the U.S.

19          *THE COURT:*  What do you make of the argument that

20   you—all have identified these folks, at least one of them in

21   your initial disclosures, and the contention would be now that

22   you've reneged off that, that you won't accept service for the

23   deposition?

24          *MR. GORDON:*  So, we listed them as being persons

25   with notice.  It was a mistake to list them as being that we

14

would have any kind of control over them, that was -- that's why it was corrected. Because they're not based -- they're not TPUSA employees based in the U.S.

THE COURT: What about if we put that aside, do you have any reason to believe that these three individuals do have any unique personal knowledge over the facts of this case?

MR. GORDON: I think Mr. Hamalelis will have information about Athina's work while she was at TP Greece, not while she was at TPUSA. Same thing with Mr. Cardoso, for a time prior to her employment with TPUSA. Again, she was only employed by TPUSA for ten months. She was hired by -- you heard the name Miranda Collard -- hired by Miranda Collard, who also is a woman over the age of 50, similar to Athina, hired by her.

And she testified that she was the sole decision-maker in terminating Athina's employment in November of 2023. There was first a reorganization, what they're saying is a cost optimization, essentially it was a reorganization to try and reduce costs. That's when the position that Athina had been hired into was eliminated. Miranda testified that she still tried to find Athina another position, from September of 2023 until November of 2023. When that failed, that was the reason why she was terminated.

And so, other individuals --

1       *THE COURT:*  Have you ever picked up the phone and

2   said, Look, Brian, I understand you think you need these, but

3   let me tell you, I have had an opportunity to visit with these

4   three individuals you want, only one may have some knowledge

5   of this, and it would have come when she worked for the Greek

6   company, not TPUSA; do you really want to waste everyone's

7   time and money taking this deposition?

8       *MR. GORDON:*  We haven't had that exact conversation,

9   Your Honor.

10      And -- and with Mr. Cardoso, I think what they're

11  doing is they're extrapolating from a privilege log where they

12  saw Mr. Cardoso's name --

13      *THE COURT:*  We've always found in Fort Worth that it

14  always works best to talk some of these things out.  Most of

15  the time most plaintiffs' attorneys I've met don't like

16  spending money to get nothing from depositions and discovery,

17  that's why I asked the question.

18      *MR. GORDON:*  I -- I agree, Your Honor.

19      Unfortunately, they did not schedule or conduct a

20  meet-and-confer conference prior to filing their second motion

21  to compel.  Unfortunately, that has been part of a pattern

22  throughout this case.  We have sent emails --

23      *THE COURT:*  The reason why I asked this, part of our

24  duties as lawyers includes candor to each other.  And

25  particularly in discovery fights, it always helps to at least

1    pick up the phone and say, Hey, buddy, I know you want this,

2    but you're just wasting everybody's time; I'm happy to give

3    them for a Zoom deposition for 15 minutes, but I think you're

4    going to waste all of our time and money.

5           None of those conversations took place?

6           *MR. GORDON:*  In the few meet and confers that we

7    had, I think we have had that conversation.  But,

8    unfortunately, the meet and confers ended several months ago.

9    It would have been helpful to have that meet and confer prior

10   to filing the motion to compel.

11          Also, prior to filing the motion to strike, as an

12   example, they said that the Miranda Collard affidavit or her

13   declaration was unsigned and invalid and moved to strike it,

14   when it had actually been signed and filed with the Court.  So

15   things like that would have not wasted the Court's time.

16          *THE COURT:*  Well, I'd also like to note the motion

17   to strike didn't have a certificate of conference on it

18   either.

19          Go ahead.

20          *MR. GORDON:*  So those are some of the high-level

21   issues, Your Honor.

22          We believe that all documents have been produced.

23   In Leslie Miller's declaration, she -- she, in detail,

24   explained how she reached out to contacts across the globe,

25   legal departments across the globe, spoke with HR departments

1    across the globe, and other TPU- -- Teleperformance entities

2    to try and obtain documents.

3         She was able to obtain some documents, and we have

4    produced thousands of documents in this case.  They make it

5    sound like we haven't produced anything.  So, there has been

6    voluminous document production in the case, both before and

7    after Magistrate Judge Cureton's order.

8         *THE COURT:*  What about the performance evaluations?

9    That's disturbing, if we can't find those.

10        *MR. GORDON:*  There was no performance evaluation

11   done in 2023.  The only one that's been produced is the

12   only one that we have, which was a self-evaluation that

13   Ms. Karahogitis performed on herself.  There were no other

14   performance evaluations.

15        It's not like -- like a lower-level employee who

16   might get performance evaluations on a regular basis.  There

17   might have been performance evaluations prior to 2023, we've

18   asked for those, also through Leslie Miller, and have been

19   told that there weren't any.  And one of the reasons why might

20   be, she was never actually an employee of TP Greece.  She was

21   employed by this single-employee Romanian entity for tax

22   reasons or for whatever reasons.  She couldn't explain why she

23   had set up that Romanian entity as part of her --

24        *THE COURT:*  The plaintiffs have asserted they have

25   come across in their own documents -- if I understand their

1    argument correctly, they have come across in their own

2    documents some emails and WhatsApp messages that you-all have

3    not produced yet that they have on their side, if I'm

4    understanding the argument correctly.

5          If that's the case, why have those not been

6    produced --

7          MR. GORDON:  We have.

8          THE COURT:  -- by your client?

9          MR. GORDON:  We have produced them, Your Honor.

10   We've produced -- I think what you're referring to is WhatsApp

11   messages with Will Fritcher.  Those were produced.  They were

12   produced prior to Mr. Fritcher's deposition.  I think those

13   were even produced prior to Magistrate Judge Cureton's order.

14   But those have been produced.

15         There have been other WhatsApp messages produced

16   between Athina and Miranda Collard.  So they have been

17   produced.  So, we're not exactly sure what -- what they're

18   saying has not been produced, because they were.

19         THE COURT:  Okay.  Go ahead.  I got you off your

20   argument.

21         MR. GORDON:  That's okay.

22         So, just to sum up, Judge, we believe that this is a

23   late filing done in order to try and derail this case.  We

24   were prepared to go forward with trial in September, we waited

25   to file our motion for summary judgment until -- until after

1 | the depositions of Miranda Collard and Will Fritcher were
2 | taken.  We filed our motion, and it seems like at that point
3 | that's when they decided they needed to start litigating the
4 | case.

5 | And so, they filed the second motion to compel, and
6 | now, as part of their reply, are asking for a two- to
7 | three-month continuance of the trial.  We don't believe that's
8 | appropriate.  We believe the discovery closed, closed in
9 | April, and then Your Honor granted an extra month to take some
10 | additional depositions, which were done.

11 | We're ready to go forward in September with -- with
12 | the trial, and we see no reason why we should have to wait.

13 | **THE COURT:**  Would you like to make a reply, sir?

14 | **MR. VANDERWOUDE:**  Yes, Your Honor.  Briefly.

15 | I just want to address a few of the points.  On this
16 | alleged delay, there was not a delay in bringing this.  We
17 | just got their two depositions in June, and we filed the
18 | second motion shortly thereafter when we got the transcripts.

19 | That was the testimony that confirmed that they
20 | hadn't performed an adequate search.  So, there was no delay
21 | in bringing this.  There was no delay in discovery, period.

22 | But the reality is, we're having to bring this now,
23 | and, yes, we do have a trial coming up in September.  I don't
24 | know that that's a realistic trial date any longer, given
25 | these issues.

1          *THE COURT:*  Has anybody ever explained to you guys

2     the difference between Dallas and Fort Worth and our dockets?

3          *MR. VANDERWOUDE:*  Yes, Your Honor.

4          *THE COURT:*  Have I had an opportunity to tell you my

5     story on that?  I can't remember.

6          *MR. VANDERWOUDE:*  No.  I'm happy to listen to it,

7     Your Honor.

8          *THE COURT:*  Yeah.  We are three times busier on our

9     dockets than they are.  We're the largest division in the

10    entire country, populationwise, with only two active judges.

11    So, we have the same number of judges that they have in the

12    Beaumont and Tyler Divisions with ten times the population.

13         In fact, by the latest numbers, we're not that much

14    smaller than Dallas, and they have -- I don't know the exact

15    number, but let's say around eight to ten, including their

16    senior judges.

17         We don't have the luxury of giving a lot of

18    continuances.  And that's not because it's trying to say we

19    don't give continuances when they're due, but it's not quite

20    the same situation, perhaps, that they have to the east of us.

21         I'm going to take a break, and I'm going to make

22    sure I covered everything, and then I'll come back and I'll

23    make my rulings.

24         All right.  We'll stand in recess.  I'll come back

25    out in about 10 minutes.

21

1              *(Short recess taken)*

2              THE COURT:  This is Cause Number 4:24-CV-706-P.

3              The Court has heard argument this morning on ECF

4    Number 65, which is plaintiff's second motion to compel.  I've

5    also taken the motion to strike under advisement.

6              The Court is prepared to make the following rulings.

7    With regard to the second motion to compel, the Court will be

8    denying that motion in total for various reasons, including

9    the fact that the motion came in a full two months after the

10   close of discovery, the three witnesses identified in the

11   motion, the request for them, number one, it appears that they

12   don't know anything with personal knowledge with regards to

13   the merits of the case.  It's unclear whether TPUSA has

14   control of them, more than likely they don't.  And frankly,

15   it's a little bit late to be making this request.

16             As I said, a lot of times it helps to just pick up

17   the phone when it comes to discovery fights.  Indeed, that's

18   what the *Dondi* case requires us to do.

19             With regards to the documents that are being

20   requested in the second motion to compel, the Court is

21   convinced that either they don't exist or they've already been

22   produced.  And again, this motion to compel came a full two

23   months after the close of discovery.

24             The motion to strike will be denied, both on the

25   merits and for failure to confer.  The arguments presented

1   therein with regards to the unsworn declaration and the

2   objections with regards to the errata sheet, et cetera, appear

3   to be meritless; those will be denied.  I could also deny it

4   just on the failure to confer.  It appears to be to the Court,

5   just an effort to delay or avoid summary judgment.

6          The Court will be entering these in an order,

7   probably come out later this afternoon.

8          Judge Mahon, who I clerked for, who the building is

9   named after, has said on numerous occasions in discovery

10  fights that sometimes lawyers just have to deal with things in

11  the Court and during trial and in the courtroom.  And that's

12  the case that we have here.

13         We were way deep into the discovery of this case, we

14  are on the eve of trial, trial is set for September the 8th,

15  the Court is prepared to go forward with the trial.  And to

16  the extent any issues do come up, that will be something, as

17  Judge Mahon said, we will deal with at trial.

18         However, I'm also ordering the parties to attend a

19  settlement conference with their clients, here in Fort Worth,

20  with the Honorable Hal Ray, that will take place in the next

21  14 days.  You-all need to call him this afternoon.  I've

22  already reached out to him this morning, he does have

23  availability.

24         These are the Court's orders.  We'll have a written

25  order memorializing these out this afternoon.  Thank you, and

good luck.

                    *(Proceedings Adjourned)*

<u>REPORTER'S CERTIFICATE</u>

    I, Monica Willenburg Guzman, CSR, RPR, certify
that the foregoing is a true and correct transcript from
the record of proceedings in the foregoing entitled matter.

    I further certify that the transcript fees format
comply with those prescribed by the Court and the Judicial
Conference of the United States.

    Signed this 24th day of September, 2025.


                    <u>/s/Monica Willenburg Guzman</u>
                    Monica Willenburg Guzman, CSR, RPR
                    Texas CSR No. 3386
                    NCRA No. 32278
                    Official Court Reporter
                    The Northern District of Texas
                    Fort Worth Division


CSR Expires:        7/31/2027

Business Address:   501 W. 10th Street, Room 310
                    Fort Worth, Texas  76102

Telephone:          817.850.6681

E-Mail Address:     mguzman.csr@yahoo.com

**MR. GORDON: [72]** 4:15 11:25 14:1
14/8 15/8 15/18 16/6 16/20 17/10 18/7
18/9 18/21
**MR. VANDERWOUDE: [7]** 4/11 5/10
11/19 11/23 19/14 20/3 20/6
**THE COURT: [21]** 4/3 4/14 4/18
11/18 11/22 11/24 13/19 14/4 15/1
15/13 15/23 16/16 17/8 17/24 18/8
18/19 19/13 20/1 20/4 20/8 21/2

**/**
**/s/Monica [1]** 24/11

**1**
**1-20 [1]** 1/7
**10 [1]** 20/25
**10th [2]** 2/6 24/17
**1100 [1]** 1/22
**1300 [1]** 2/2
**14 [1]** 22/21
**15 [1]** 16/3
**1600 [1]** 1/14

**2**
**20 [1]** 1/7
**200 [1]** 1/14
**2000 [1]** 1/18
**2023 [6]** 13/2 14/18 14/23 14/23 17/11
17/17
**2025 [3]** 1/6 4/2 24/9
**2027 [1]** 24/16
**21 [2]** 1/6 4/2
**214.981.9953 [1]** 1/15
**2300 [1]** 2/3
**24th [1]** 24/9

**3**
**30 [1]** 11/18
**310 [2]** 2/6 24/17
**32278 [1]** 24/12
**33401 [1]** 1/23
**3386 [1]** 24/12
**3rd [1]** 4/25

**4**
**4:24-CV-000706-P [1]** 1/4
**4:24-CV-706-P [2]** 4/3 21/2

**5**
**50 [1]** 14/14
**501 [2]** 2/6 24/17
**561.273.5588 [1]** 1/23

**6**
**600 [1]** 1/17
**65 [1]** 21/4

**7**
**7/31/2027 [1]** 24/16
**713.871.6836 [1]** 2/4
**714.800.1400 [1]** 1/19
**75201 [1]** 1/15
**76102 [2]** 2/6 24/17
**77056 [1]** 2/3
**777 [1]** 1/22

**8**
**8 [1]** 1/7    **850.668.1 [2]** 2/?
**8th [1]** 22/14

**9**
**92626 [1]** 1/18
**9:00 [2]** 1/7 4/2

**A**
**a.m [2]** 1/7 4/2
**able [1]** 17/3
**about [16]** 4/8 4/9 6/8 8/15 8/21 9/19
10/10 11/20 12/15 12/16 12/18 12/20
14/4 14/9 17/8 20/25
**accept [1]** 13/22
**access [1]** 8/9
**accessible [2]** 7/13 8/11
**account [1]** 5/15
**across [6]** 7/12 16/24 16/25 17/1
17/25 18/1
**active [1]** 20/10
**actually [2]** 16/14 17/20
**additional [2]** 6/17 19/10
**address [3]** 19/15 24/17 24/19
**adequate [3]** 6/24 9/6 19/20
**Adjourned [1]** 23/2
**adverse [1]** 10/21
**advisement [1]** 21/5
**affidavit [2]** 6/19 16/12
**affiliates [1]** 11/17
**after [6]** 6/15 17/7 18/25 21/9 21/23
22/9
**afternoon [3]** 22/7 22/21 22/25
**again [7]** 7/23 8/23 10/13 10/16 11/14
14/11 21/22
**against [1]** 5/20
**age [1]** 14/14
**agent [2]** 10/18 10/19
**ago [1]** 16/8
**agree [1]** 15/18
**agreement [1]** 11/6
**ahead [2]** 16/19 18/19
**Akerman [4]** 1/21 2/2 4/16 10/6
**al [1]** 4/5
**aligned [1]** 11/7
**all [24]** 4/18 5/23 7/8 7/12 8/13 8/14
8/20 9/6 10/3 10/4 10/6 10/14 10/23
10/23 11/7 11/7 11/12 13/6 13/20 16/4
16/22 18/2 20/24 22/21
**alleged [1]** 19/16
**already [2]** 21/21 22/22
**also [10]** 5/5 13/2 13/17 14/14 16/11
16/16 17/18 21/5 22/3 22/18
**always [3]** 15/13 15/14 15/25
**am [1]** 4/3
**ANDREW [1]** 1/21
**another [3]** 13/5 13/6 14/22
**Anton [1]** 1/17
**any [9]** 6/21 9/8 9/21 14/1 14/5 14/6
17/19 19/24 22/16
**anybody [1]** 20/1
**anymore [1]** 11/9
**anyone [2]** 11/13 11/21
**anything [4]** 6/17 8/24 17/5 21/12
**appear [2]** 13/17 22/2
**appears [2]** 21/11 22/4
**appropriate [1]** 19/8

**April [1]** 19/9
**are [15]** 6/4 7/2 8/10 8/18 9/16 13/3
13/12 13/12 16/20 19/6 20/8 20/9
21/19 22/14 22/24
**argue [1]** 5/12
**argument [7]** 4/7 5/8 13/19 18/1 18/4
18/20 21/3
**arguments [2]** 4/22 21/25
**around [3]** 13/4 13/16 20/15
**aside [1]** 14/4
**asked [9]** 6/3 6/4 6/8 6/16 7/23 8/4
15/17 15/23 17/18
**asking [4]** 9/11 9/15 11/8 19/6
**asserted [1]** 17/24
**ATHINA [9]** 1/4 6/6 6/7 7/25 12/20
14/15 14/21 14/22 18/16
**Athina's [4]** 6/10 8/9 14/9 14/17
**attend [1]** 22/18
**attorney [1]** 13/14
**attorneys [3]** 4/10 10/8 15/15
**availability [1]** 22/23
**available [3]** 7/9 7/10 7/25
**avoid [1]** 22/5

**B**
**back [6]** 5/5 5/18 5/21 6/16 20/22
20/24
**backup [1]** 8/14
**bar [1]** 10/19
**based [4]** 13/4 13/14 14/2 14/3
**basically [2]** 7/4 8/12
**basis [2]** 10/24 17/16
**be [13]** 7/9 7/24 9/10 13/21 17/20 21/7
21/15 21/24 22/3 22/3 22/4 22/6 22/16
**Beach [1]** 1/23
**Beaumont [1]** 20/12
**became [1]** 12/11
**because [9]** 6/25 9/16 9/25 10/12 11/5
11/13 14/2 18/18 20/18
**been [31]**
**before [5]** 1/9 4/9 8/15 13/1 17/6
**began [1]** 12/12
**behalf [2]** 4/12 4/16
**being [5]** 4/21 13/1 13/24 13/25 21/19
**believe [8]** 4/7 4/24 10/14 14/5 16/22
18/22 19/7 19/8
**bench [1]** 4/20
**best [1]** 15/14
**between [2]** 18/16 20/2
**big [1]** 13/10
**bit [1]** 21/15
**Blvd [1]** 2/2
**both [3]** 9/2 17/6 21/24
**Bouklia [1]** 8/1
**Boulevard [1]** 1/17
**break [1]** 20/21
**BRIAN [3]** 1/13 4/12 15/2
**briefing [1]** 5/5
**Briefly [1]** 19/14
**bring [1]** 19/22
**bringing [2]** 19/16 19/21
**brought [1]** 4/22
**buddy [1]** 16/1
**building [1]** 22/8
**bunch [1]** 10/3
**busier [1]** 20/8
**Business [1]** 24/17

**B**

butcher [1] 11/4

**C**

California [1] 1/18
call [3] 5/7 8/8 22/21
called [2] 4/6 12/23
came [3] 5/14 21/9 21/22
can [1] 13/15
can't [7] 9/14 9/24 10/11 10/12 11/9 17/9 20/5
candor [1] 15/24
cannot [1] 13/17
Cardoso [4] 9/22 10/25 14/10 15/10
Cardoso's [1] 15/12
Care [1] 10/6
case [20] 1/4 4/3 4/24 10/17 11/14 11/15 12/5 12/9 12/20 14/7 15/22 17/4 17/6 18/5 18/23 19/4 21/13 21/18 22/12 22/13
cases [1] 13/18
categories [1] 7/2
cause [2] 5/1 21/2
certain [2] 6/21 9/16
certificate [2] 16/17 24/1
certify [2] 24/3 24/6
cetera [1] 22/2
CHRISTOPHER [1] 2/1
cited [2] 10/17 11/14
claim [2] 8/3 11/12
claiming [1] 9/24
clear [2] 10/19 12/16
clerked [1] 22/8
client [8] 6/5 6/14 7/17 8/8 8/15 11/2 11/3 18/8
client's [1] 11/6
clients [1] 22/19
close [2] 21/10 21/23
closed [2] 19/8 19/8
Collard [11] 6/2 6/10 7/20 7/22 8/5 8/8 14/13 14/14 16/12 18/16 19/1
come [7] 15/5 17/25 18/1 20/22 20/24 22/7 22/16
comes [1] 21/17
coming [1] 19/23
commission [2] 8/17 8/18
common [1] 7/12
companies [2] 5/16 11/17
company [4] 11/8 13/3 13/11 15/6
compel [19] 1/9 4/7 4/9 4/19 4/21 5/9 5/12 9/14 10/13 10/17 12/9 12/13 15/21 16/10 19/5 21/4 21/7 21/20 21/22
completely [1] 12/18
complied [3] 4/23 12/14 12/14
comply [1] 24/7
computer [1] 2/9
conduct [1] 15/19
confer [4] 15/20 16/9 21/25 22/4
conference [4] 15/20 16/17 22/19 24/8
conferring [2] 8/14 11/20
confers [2] 16/6 16/8
confirmed [5] 6/11 7/8 7/24 8/9 19/19
confirms [1] 6/20
consulted [1] 8/20
contact [3] 10/5 10/6 10/11

contacts [1] 16/24
contention [1] 13/21
continuance [1] 20/9
continuances [2] 20/18 20/19
contracted [1] 12/23
control [3] 10/15 14/1 21/14
conversation [2] 15/8 16/7
conversations [1] 16/5
convinced [1] 21/21
corporate [4] 9/15 9/17 11/11 11/15
corporation [1] 10/21
correct [1] 24/4
corrected [1] 14/2
correctly [2] 18/1 18/4
cost [2] 8/4 14/19
Costa [1] 1/18
costs [1] 14/20
could [3] 5/15 7/10 22/3
couldn't [1] 17/22
counsel [2] 5/7 12/4
countries [3] 10/4 10/5 13/17
country [1] 20/10
couple [3] 5/25 6/1 9/7
course [1] 7/6
court [19] 1/1 1/10 1/14 2/5 5/3 5/12 5/16 12/19 16/14 21/3 21/6 21/7 21/20 22/4 22/6 22/11 22/15 24/7 24/13
Court's [6] 5/11 5/22 6/16 13/2 16/15 22/24
courtroom [1] 22/11
covered [1] 20/22
covers [1] 13/10
Crescent [1] 1/14
critical [1] 12/11
CSR [5] 2/5 24/3 24/11 24/12 24/16
Cureton [1] 5/6
Cureton's [5] 4/23 12/14 12/17 17/7 18/13
custodian's [1] 7/1
custodians [1] 5/20
Cuthill [1] 8/20
CV [3] 1/4 4/3 21/2

**D**

d/b/a [1] 1/6
Dallas [3] 1/15 20/2 20/14
data [1] 8/13
date [1] 19/24
day [1] 24/9
days [1] 22/21
deadline [1] 5/1
deal [2] 22/10 22/17
decided [1] 19/3
deciding [1] 6/14
decision [1] 14/17
decision-maker [1] 14/17
declaration [4] 8/10 16/13 16/23 22/1
declarations [2] 7/7 7/23
deep [1] 22/13
defendant [2] 1/21 4/16
defendants [1] 4/22
delay [5] 19/16 19/16 19/20 19/21 22/5
deleted [1] 7/5
denied [2] 21/24 22/3
Denver [1] 13/15
deny [1] 22/3

denying [1] 21/8
depose [1] 9/25
deposed [1] 6/10
deposition [7] 8/6 8/9 11/16 13/23 15/7 16/3 18/12
depositions [11] 6/1 9/13 10/10 11/9 12/15 12/17 13/18 15/16 19/1 19/10 19/17
derail [1] 18/23
detail [2] 5/3 16/23
did [8] 5/1 5/2 5/13 6/18 7/21 10/10 11/18 15/19
didn't [2] 8/23 16/17
difference [1] 20/2
different [3] 7/8 10/4 10/5
directors [1] 13/7
disclosures [3] 9/23 10/3 13/21
discovery [10] 4/25 15/16 15/25 19/8 19/21 21/10 21/17 21/23 22/9 22/13
dispute [1] 9/21
DISTRICT [4] 1/1 1/2 1/10 24/13
disturbing [1] 17/9
division [3] 1/3 20/9 24/14
Divisions [1] 20/12
do [12] 5/9 6/21 9/4 9/8 9/10 13/19 14/4 14/5 15/6 19/23 21/18 22/16
dockets [1] 20/2 20/9
document [1] 17/6
documents [25]
does [2] 1/7 22/22
doing [1] 15/11
don't [20] 4/7 4/18 5/2 5/22 6/24 7/5 7/16 9/5 9/20 11/13 12/3 15/15 19/7 19/23 20/14 20/17 20/19 21/12 21/14 21/21
Dondi [1] 21/18
done [9] 6/18 6/24 7/14 7/20 9/6 9/7 17/11 18/23 19/10
DORSEY [2] 1/13 1/17
Drive [1] 1/22
due [1] 20/19
Dupuy [1] 11/3
during [2] 7/5 22/11
duties [1] 15/24
duty [1] 11/15

**E**

E-Mail [2] 2/7 24/19
each [2] 13/12 15/24
easier [1] 6/6
east [1] 20/20
ECF [1] 21/3
edification [1] 13/2
effort [1] 22/5
eight [1] 20/15
either [2] 16/18 21/21
eliminated [1] 14/21
email [2] 5/21 11/19
emails [8] 6/12 7/1 8/6 8/17 8/21 9/1 15/22 18/2
employed [7] 7/10 9/16 10/1 10/4 12/21 14/12 17/21
employee [4] 12/22 17/15 17/20 17/21
employees [4] 7/8 10/1 10/3 14/3
employment [3] 11/6 14/11 14/17
end [1] 9/9

**E**

**seduced [1]** 5/20
**entering [1]** 22/6
**entire [3]** 8/11 13/10 20/10
**entities [11]** 5/24 9/17 9/19 10/1 10/7 11/14 13/4 13/5 13/6 13/16 17/1
**entitled [2]** 7/3 24/5
**entity [6]** 12/22 12/22 12/23 13/12 17/21 17/23
**ERIC [2]** 1/21 4/15
**errata [1]** 22/2
**essentially [1]** 14/19
**et [2]** 4/5 22/2
**evaluation [2]** 17/10 17/12
**evaluations [6]** 7/16 7/19 17/8 17/14 17/16 17/17
**eve [1]** 22/14
**even [11]** 6/3 6/15 6/16 6/25 7/20 7/22 8/12 8/14 8/25 9/1 18/13
**ever [3]** 6/4 15/1 20/1
**everybody [2]** 6/6 7/13
**everybody's [1]** 16/2
**everyone's [1]** 15/6
**everything [1]** 20/22
**exact [2]** 15/8 20/14
**exactly [1]** 18/17
**example [4]** 6/12 7/1 7/17 16/12
**Excaliber [3]** 12/22 12/23 12/25
**excuse [1]** 10/4
**exercise [1]** 8/4
**exhausting [1]** 5/3
**exist [2]** 7/5 21/21
**expected [1]** 10/20
**Expires [1]** 24/16
**explain [1]** 17/22
**explained [2]** 16/24 20/1
**extent [2]** 6/23 22/16
**extra [1]** 19/9
**extrapolating [1]** 15/11

**F**

**face [1]** 10/10
**fact [5]** 4/19 4/23 9/22 20/13 21/9
**facts [3]** 9/22 10/24 14/6
**failed [1]** 14/24
**failure [2]** 21/25 22/4
**far [1]** 5/5
**February [1]** 5/21
**fees [1]** 24/6
**few [2]** 16/6 19/15
**fighting [1]** 11/4
**fights [3]** 15/25 21/17 22/10
**file [1]** 18/25
**filed [8]** 5/6 7/24 12/10 12/13 16/14 19/2 19/5 19/17
**filing [4]** 15/20 16/10 16/11 18/23
**financial [2]** 6/13 13/8
**find [3]** 7/14 14/22 17/9
**first [6]** 4/20 9/14 9/20 10/13 12/12 14/18
**Flagler [1]** 1/22
**Florida [1]** 1/23
**folks [1]** 13/20
**following [1]** 21/6
**force [1]** 13/17
**foregoing [1]** 24/4 24/5
**format [1]** 24/6

**former [1]** 7/8
**FORT [8]** 1/3 1/5 2/6 15/13 20/2 22/19 24/14 24/17
**forward [3]** 18/24 19/11 22/15
**fought [1]** 11/3
**found [2]** 5/14 15/13
**frankly [1]** 21/14
**Fritcher [6]** 6/2 6/2 6/8 8/23 18/11 19/1
**Fritcher's [1]** 18/12
**front [1]** 5/6
**full [2]** 21/9 21/22
**fully [1]** 12/14
**further [1]** 24/6

**G**

**gathered [1]** 10/25
**gentlemen [1]** 8/19
**get [5]** 7/11 11/12 11/16 15/16 17/16
**getting [1]** 6/1
**give [2]** 16/2 20/19
**given [2]** 8/25 19/24
**giving [1]** 20/17
**global [1]** 11/4
**globe [5]** 13/4 13/16 16/24 16/25 17/1
**go [11]** 5/2 5/23 6/16 10/11 11/10 11/16 16/19 18/19 18/24 19/11 22/15
**going [6]** 4/4 5/12 12/10 16/4 20/21 20/21
**good [5]** 4/11 4/15 11/5 12/4 23/1
**Goodyear [1]** 11/14
**GORDON [2]** 1/21 4/15
**got [5]** 5/21 7/7 18/19 19/17 19/18
**granted [1]** 19/9
**Greece [7]** 12/21 12/23 12/24 12/25 13/5 14/9 17/20
**Greek [2]** 12/24 15/5
**guys [1]** 20/1
**GUZMAN [4]** 2/5 24/3 24/11 24/11

**H**

**had [15]** 4/20 5/14 5/20 6/8 8/9 12/4 12/23 14/21 15/3 15/8 16/7 16/7 16/14 17/23 20/4
**hadn't [1]** 19/20
**Hal [1]** 22/20
**Hamalelis [2]** 11/5 14/8
**happy [2]** 16/2 20/6
**has [11]** 6/11 8/13 12/9 12/9 15/21 17/5 18/18 20/1 21/3 21/13 22/9
**hasn't [1]** 7/21
**have [68]**
**haven't [8]** 6/15 6/25 7/3 7/14 8/7 8/21 15/8 17/5
**having [1]** 19/22
**he [8]** 6/3 6/8 8/20 8/23 8/24 8/24 11/4 22/22
**he's [3]** 6/2 6/4 9/1
**hear [1]** 11/24
**heard [2]** 14/13 21/3
**hearing [2]** 4/6 5/1
**hearings [1]** 4/19
**helpful [1]** 16/9
**helps [2]** 15/25 21/16
**her [13]** 6/12 7/18 8/5 8/6 8/9 8/11 8/21 11/4 11/5 14/11 14/15 16/12 17/23

**here [5]** 5/14 10/22 13/18 22/12 22/19
**Here's [1]** 5/18
**herself [1]** 17/13
**Hey [1]** 16/1
**high [2]** 10/19 16/20
**high-level [1]** 16/20
**him [2]** 22/21 22/22
**hired [5]** 13/1 14/12 14/13 14/15 14/21
**his [5]** 6/4 6/9 8/21 8/24 8/25
**hold [2]** 4/18 8/25
**Honor [13]** 4/11 4/15 5/10 6/7 11/25 15/9 15/18 16/21 18/9 19/9 19/14 20/3 20/7
**HONORABLE [2]** 1/9 22/20
**hopefully [1]** 12/6
**house [1]** 13/14
**Houston [1]** 2/3
**how [1]** 16/24
**However [1]** 22/18
**HR [5]** 7/12 13/9 13/10 13/11 16/25
**hunt [1]** 6/19

**I**

**I'd [3]** 5/7 11/24 16/16
**I'll [4]** 4/8 20/22 20/22 20/24
**I'm [8]** 5/11 6/7 16/2 18/3 20/6 20/21 20/21 22/18
**I've [4]** 4/20 15/15 21/4 22/21
**identified [4]** 9/1 9/22 13/20 21/10
**identify [1]** 10/20
**important [1]** 12/19
**inaccurate [1]** 12/3
**INC [2]** 1/6 4/5
**includes [2]** 11/16 15/24
**including [6]** 10/24 11/17 20/15 21/8
**incorrect [1]** 12/2
**Indeed [1]** 21/17
**INDEX [1]** 2/11
**individual [4]** 13/6 13/7 13/11 13/12
**individuals [12]** 6/1 9/3 9/8 9/15 9/16 9/20 10/14 10/23 13/17 14/5 14/25 15/4
**information [11]** 6/13 7/9 7/13 7/15 7/24 8/17 9/11 10/5 10/25 11/16 14/9
**initial [3]** 9/23 10/2 13/21
**instead [2]** 6/18 9/6
**intentional [1]** 12/3
**interest [2]** 5/11 10/21
**introduce [1]** 4/10
**invalid [1]** 16/13
**involved [3]** 8/20 10/18 10/23
**involves [1]** 11/13
**is [40]**
**issue [4]** 5/13 5/17 10/11 12/18
**issues [6]** 12/8 12/11 12/12 16/21 19/25 22/16
**it [41]**
**it's [10]** 4/4 6/14 10/2 12/19 13/4 17/15 20/18 20/19 21/13 21/15
**its [2]** 5/16 9/23
**itself [1]** 10/2

**J**

**January [1]** 13/2
**JORDAN [2]** 1/16 4/12
**JUDGE [10]** 1/10 4/23 5/6 12/14 12/17 17/7 18/13 18/22 22/8 22/17

**J**

judges [2] 20/2 20/16
judgment [3] 12/11 18/25 22/5
Judicial [1] 24/7
JULY [2] 1/6 4/2
June [1] 19/17
just [13] 6/6 6/20 9/5 9/7 10/19 16/2
18/22 19/15 19/17 21/16 22/4 22/5
22/10
justification [1] 7/17

**K**

KARAHOGITIS [5] 1/4 4/4 6/5 12/21
17/13
kept [3] 8/6 8/10 13/12
key [1] 7/1
kind [1] 14/1
know [8] 5/14 7/20 10/17 12/3 16/1
19/24 20/14 21/12
knowledge [8] 9/2 9/21 9/24 10/24
11/7 14/6 15/4 21/12
KRONE [2] 2/1 4/16
KSATs [1] 8/8

**L**

largest [1] 20/9
late [2] 18/23 21/15
later [3] 4/8 5/25 22/7
latest [1] 20/13
law [2] 10/17 11/14
lawyers [3] 15/24 22/10
least [2] 13/20 15/25
left [1] 4/20
legal [4] 6/20 11/1 13/8 16/25
Leslie [3] 13/13 16/23 17/18
let [1] 15/3
let's [1] 20/15
level [2] 16/20 17/15
like [13] 5/2 5/8 5/12 9/7 11/24 15/15
16/15 16/16 17/5 17/15 17/15 19/2
19/13
likely [2] 8/6 21/14
likewise [1] 6/11
list [1] 13/25
listed [2] 10/3 13/24
listen [1] 20/6
listing [1] 11/19
litigating [1] 19/3
litigation [5] 7/6 8/12 8/16 8/25 10/18
little [1] 21/15
lived [1] 12/21
LLP [4] 1/13 1/17 1/21 2/2
log [1] 15/11
longer [1] 19/24
look [4] 6/16 7/23 8/23 15/2
looked [1] 7/4
lot [3] 12/1 20/17 21/16
lower [1] 17/15
lower-level [1] 17/15
luck [1] 23/1
luxury [1] 20/17

**M**

Magistrate [4] 12/14 12/17 17/7 18/13
Mahon [2] 22/8 22/17
Mail [2] 2/7 24/19
maintained [1] 8/14

**make** [9] 5/8 6/6 12/15 13/19 17/4
19/13 20/21 20/23 21/6
maker [1] 17/1
making [1] 21/15
managing [2] 10/18 10/19
many [1] 12/5
MARK [1] 1/9
Matt [1] 8/19
matter [1] 24/5
may [2] 5/9 15/4
me [3] 5/1 10/4 15/3
mean [1] 5/22
mechanical [1] 2/9
meet [4] 15/20 16/6 16/8 16/9
MELONIE [2] 1/16 4/12
memo [1] 8/25
memorializing [1] 22/25
meritless [1] 22/3
merits [2] 21/13 21/25
Mesa [1] 1/18
messages [6] 6/5 6/9 8/24 18/2 18/11
18/15
met [1] 15/15
mguzman.csr [2] 2/7 24/19
might [3] 17/16 17/17 17/19
Miller [3] 13/14 17/18
Miller's [1] 16/23
mind [1] 10/10
minutes [2] 16/3 20/25
Miranda [8] 6/2 6/10 14/13 14/13
14/22 16/12 18/16 19/1
mischaracterizations [1] 12/5
mistake [1] 13/25
money [3] 15/7 15/16 16/4
MONICA [4] 2/5 24/3 24/11 24/11
month [2] 19/7 19/9
months [5] 5/25 14/12 16/8 21/9
21/23
more [1] 21/14
morning [4] 4/11 4/15 21/3 22/22
most [2] 15/14 15/15
motion [32]
motions [1] 4/19
moved [2] 11/4 16/13
Mr [12] 6/2 6/8 8/23 9/22 10/25 11/3
11/5 14/8 14/10 15/10 15/12 18/12
Ms [9] 6/5 7/20 7/22 7/25 8/1 8/1 8/5
8/8 17/13
much [1] 12/2 12/2 20/13
my [2] 20/4 20/23

**N**

name [4] 4/4 12/24 14/13 15/12
named [3] 8/19 12/22 22/9
namely [1] 13/13
NCRA [1] 24/12
need [6] 4/7 5/19 9/10 11/13 15/2
22/21
needed [1] 19/3
negotiated [1] 11/6
Netherlands [1] 13/6
never [5] 6/3 7/22 8/25 10/10 17/20
next [1] 22/20
no [13] 1/4 6/22 8/13 9/9 11/9 17/10
17/13 19/12 19/20 19/21 20/6 24/12
24/12
None [1] 16/5

**Nope** [1] 10/10
NORTHERN [1] 1/2 24/13
not [25]
note [1] 16/16
nothing [2] 12/15 15/16
notice [4] 9/25 11/9 11/18 13/25
November [2] 14/18 14/23
now [5] 9/24 11/1 13/21 19/6 19/22
number [9] 4/3 7/8 9/2 13/1 20/11
20/15 21/2 21/4 21/11
numbers [1] 20/13
numerous [3] 7/2 13/3 22/9

**O**

Oak [1] 2/2
objections [2] 5/17 22/2
obligation [1] 11/16
obtain [2] 17/2 17/3
obviously [1] 7/19
occasions [1] 22/9
off [3] 9/20 13/22 18/19
officer [1] 6/20
officers [1] 13/7
Official [1] 24/13
okay [5] 4/14 6/22 11/22 18/19 18/21
one [17] 4/20 4/21 7/21 8/13 9/22 11/3
12/8 13/4 13/5 13/6 13/10 13/20 15/4
17/11 17/12 17/19 21/11
ongoing [1] 8/13
only [9] 4/6 6/8 11/8 12/18 14/12 15/4
17/11 17/12 20/10
opening [1] 12/2
opportunity [2] 15/3 20/4
opposed [1] 10/21
opposing [1] 12/4
optimization [2] 8/4 14/19
order [11] 4/23 5/14 5/22 6/16 12/15
12/17 17/7 18/13 18/23 22/6 22/25
ordered [1] 9/10
ordering [2] 22/18
orders [1] 22/24
organizations [2] 7/11 7/12
other [23] 5/23 5/24 6/13 7/11 8/1
8/24 9/2 9/17 9/18 10/1 10/4 10/5 10/6
10/14 11/13 11/17 13/16 13/17 14/25
15/24 17/1 17/13 18/15
our [17] 6/5 6/14 7/16 8/15 9/13 10/16
11/2 11/13 11/16 12/6 12/10 15/23 16/4
18/25 19/2 20/2 20/8
out [14] 5/13 5/14 6/21 7/7 7/11 9/7
12/6 13/15 15/14 16/24 20/25 22/7
22/22 22/25
outset [2] 5/21 9/6
overriding [1] 12/8
overruled [1] 5/16
overwritten [2] 7/5 8/13
own [5] 13/8 13/8 13/9 17/25 18/1

**P**

PAGE [1] 3/2
Palm [1] 1/23
parent [1] 13/3
part [8] 8/4 9/13 12/4 12/12 15/21
15/23 17/23 19/6
particularly [1] 15/25
parties [1] 22/18
party [1] 10/21

**P**

**pest [1]** 15/21
**pattern [1]** 15/21
**peck [1]** 6/19
**people [1]** 6/21
**per [1]** 13/12
**performance [9]** 6/12 7/16 7/19 11/5 17/8 17/10 17/14 17/16 17/17
**performed [2]** 17/13 19/20
**performer [1]** 7/18
**perhaps [1]** 20/20
**period [1]** 19/21
**person [4]** 9/1 9/9 9/23 10/20
**personal [2]** 14/6 21/12
**personnel [1]** 8/18
**persons [1]** 13/24
**phone [3]** 15/1 16/1 21/17
**pick [2]** 16/1 21/16
**picked [1]** 15/1
**PITTMAN [1]** 1/9
**place [2]** 16/5 22/20
**plainly [1]** 10/22
**plaintiff [5]** 1/13 4/10 4/13 5/8 12/20
**plaintiff's [2]** 4/6 21/4
**plaintiffs [2]** 4/22 17/24
**plaintiffs' [1]** 15/15
**please [2]** 4/10 11/24
**point [2]** 5/13 19/2
**pointed [1]** 12/6
**points [1]** 19/15
**poor [1]** 7/18
**population [1]** 20/12
**populationwise [1]** 20/10
**Portugal [1]** 13/5
**position [3]** 11/4 14/21 14/23
**possession [2]** 5/16 5/23
**Post [1]** 2/2
**potential [1]** 8/15
**prepare [1]** 11/15
**prepared [3]** 18/24 21/6 22/15
**prescribed [1]** 24/7
**presented [1]** 21/25
**previous [1]** 4/23
**prior [7]** 14/11 15/20 16/9 16/11 17/17 18/12 18/13
**privilege [1]** 15/11
**probably [2]** 6/12 22/7
**proceedings [3]** 2/9 23/2 24/5
**produce [5]** 5/19 9/14 10/12 11/13 11/21
**produced [23]** 2/9 7/3 7/21 8/7 8/18 8/19 8/22 16/22 17/4 17/5 17/11 18/3 18/6 18/9 18/10 18/11 18/12 18/13 18/14 18/15 18/17 18/18 21/22
**production [1]** 17/6
**proposed [2]** 5/21 9/3
**proposing [1]** 5/19
**pull [1]** 13/15
**purely [1]** 12/16
**put [1]** 14/4

**Q**

**question [1]** 15/17
**quite [1]** 20/19

**R**

**raised [1]** 10/16

**raising [1]** 12/12
**Ray [1]** 22/20
**reach [2]** 7/14 15/15
**reached [4]** 6/21 9/7 16/24 22/22
**read [2]** 5/4 5/22
**readily [3]** 7/9 7/10 7/25
**ready [1]** 19/11
**realistic [1]** 19/24
**reality [1]** 19/22
**really [2]** 12/19 15/6
**reason [5]** 7/14 14/5 14/24 15/23 19/12
**reasons [4]** 17/19 17/22 17/22 21/8
**recess [2]** 20/24 21/1
**record [2]** 5/5 24/5
**records [1]** 6/13
**reduce [1]** 14/20
**refer [2]** 6/6 6/7
**referring [1]** 18/10
**refused [2]** 9/4 11/21
**regard [1]** 21/7
**regarding [1]** 8/18
**regards [5]** 5/8 21/12 21/19 22/1 22/2
**regular [1]** 17/16
**related [2]** 8/5
**relates [1]** 9/18
**relationship [1]** 12/4
**relevant [2]** 9/21 10/24
**relied [1]** 6/14
**remember [1]** 20/5
**reneged [1]** 13/22
**reorganization [2]** 14/18 14/20
**rep [4]** 9/15 9/17 11/11 11/15
**reply [5]** 5/4 7/24 8/10 19/6 19/13
**reported [1]** 2/9
**REPORTER [2]** 2/5 24/13
**REPORTER'S [1]** 23/3
**reporting [1]** 13/9
**request [2]** 21/11 21/15
**requested [1]** 21/20
**requires [1]** 21/18
**respond [1]** 12/1
**response [5]** 5/4 5/22 6/20 7/4 8/12 11/24 12/7
**responsive [4]** 6/3 6/19 6/25 9/8
**result [1]** 7/2
**reviews [1]** 6/12
**right [2]** 4/18 20/24
**Romanian [3]** 12/22 17/21 17/23
**Room [2]** 2/6 24/17
**routinely [1]** 8/10
**RPR [3]** 2/5 24/3 24/11
**rulings [2]** 20/23 21/6
**run [1]** 5/19
**RYAN [2]** 2/1 4/16

**S**

**said [22]** 5/18 6/4 6/8 6/21 6/22 6/22 7/22 7/22 7/25 8/1 8/24 9/7 9/8 9/14 10/6 10/10 11/9 15/2 16/12 21/16 22/9 22/17
**same [3]** 14/10 20/11 20/20
**saw [1]** 15/12
**say [7]** 5/3 9/18 13/13 13/15 16/1 20/15 20/18
**saying [2]** 14/19 18/18
**says [6]** 6/2 8/10 8/12 9/9 10/17 11/15

**schedule [1]** 15/19
**search [9]** 5/20 5/23 6/3 6/24 7/14 9/3 9/6 9/9 9/16 9/20
**searched [4]** 6/15 6/25 8/21 8/25
**second [10]** 4/6 4/21 5/9 10/16 15/20 19/5 19/18 21/4 21/7 21/20
**see [1]** 19/12
**seems [1]** 19/2
**self [1]** 17/12
**self-evaluation [1]** 17/12
**send [1]** 11/18
**senior [1]** 20/16
**sent [2]** 11/19 15/22
**separate [1]** 12/18
**September [7]** 4/25 14/23 18/24 19/11 19/23 22/14 24/9
**serve [1]** 10/12
**service [1]** 13/22
**set [2]** 17/23 22/14
**setting [1]** 4/24
**settlement [1]** 22/19
**several [1]** 16/8
**she [32]**
**she's [1]** 7/22
**sheet [1]** 22/2
**Short [1]** 21/1
**shortly [1]** 19/18
**should [4]** 7/9 7/24 12/15 19/12
**shouldn't [1]** 9/19
**show [1]** 10/20
**showed [1]** 10/13
**shown [1]** 10/22
**sic [1]** 4/25
**side [1]** 18/3
**sides [1]** 9/2
**Sigacheva [1]** 8/1
**signed [2]** 16/14 24/9
**similar [1]** 14/14
**simply [2]** 13/11 13/16
**since [1]** 4/20
**single [2]** 12/22 17/21
**single-employee [1]** 17/21
**sir [1]** 19/13
**sister [2]** 5/16 11/17
**situation [1]** 20/20
**smaller [1]** 20/14
**sole [1]** 14/16
**some [7]** 4/21 15/4 15/14 16/20 17/3 18/2 19/9
**somehow [1]** 8/13
**someone [1]** 13/13
**something [1]** 22/16
**sometimes [1]** 22/10
**sort [1]** 6/18
**sound [1]** 17/5
**sources [1]** 11/17
**South [1]** 1/22
**speak [1]** 7/19
**speaking [1]** 6/7
**spending [1]** 15/16
**spoke [1]** 16/25
**stand [1]** 20/24
**start [1]** 19/3
**started [3]** 10/9 11/8 11/20
**state [3]** 4/20 5/3 5/12
**STATES [3]** 1/1 1/10 24/8
**stenography [1]** 2/9

**S**

**still [2]** 7/8 14/22
**story [1]** 20/5
**Street [2]** 2/6 24/17
**strike [6]** 4/8 16/11 16/13 16/17 21/5 21/24
**studied [1]** 5/5
**subject [1]** 10/14
**subpoena [2]** 10/12 11/10
**sufficient [1]** 9/11
**Suite [4]** 1/14 1/18 1/22 2/3
**sum [1]** 18/22
**summary [3]** 12/11 18/25 22/5
**supervisor [1]** 6/11
**supplemental [1]** 7/7
**support [1]** 11/1
**supposedly [1]** 6/13
**sure [2]** 18/17 20/22
**surveys [1]** 8/8
**system [2]** 7/12 13/10
**systems [2]** 13/9 13/12

**T**

**take [4]** 10/9 19/9 20/21 22/20
**taken [3]** 19/2 21/1 21/5
**taking [1]** 15/7
**talk [3]** 4/8 4/9 15/14
**tax [1]** 17/21
**team [2]** 8/11 11/1
**Teams [1]** 9/1
**TELEPERFORMANCE [11]** 1/6 9/17 9/18 9/23 9/25 10/2 10/7 10/7 13/3 13/13 17/1
**Telephone [6]** 1/15 1/19 1/23 2/4 2/7 24/18
**tell [2]** 15/3 20/4
**ten [4]** 8/11 14/12 20/12 20/15
**terminate [1]** 6/14
**terminated [3]** 8/3 8/15 14/24
**terminating [2]** 7/18 14/17
**termination [3]** 8/21 10/25 11/2
**terms [2]** 5/20 11/6
**test [1]** 10/19
**testified [5]** 7/20 8/5 8/23 14/16 14/22
**testify [1]** 9/19
**testimony [1]** 19/19
**TEXAS [8]** 1/2 1/5 1/15 2/3 2/6 24/12 24/13 24/17
**text [2]** 6/5 6/9
**than [4]** 8/24 20/9 20/14 21/14
**Thank [4]** 4/14 5/10 11/25 22/25
**that [102]**
**that's [20]** 6/7 7/25 7/25 9/9 11/21 12/3 13/11 14/1 14/20 15/17 17/9 17/11 18/5 18/21 19/3 19/7 19/24 20/18 21/17 22/11
**their [21]** 5/17 6/20 7/4 7/17 10/15 11/1 12/2 12/6 12/11 13/8 13/8 13/9 15/20 17/25 17/25 18/1 18/3 19/6 19/17 20/15 22/19
**them [18]** 5/18 9/22 9/25 10/11 10/12 10/12 11/9 11/10 11/18 11/19 13/20 13/24 13/25 14/1 16/3 18/9 21/11 21/14
**themselves [1]** 4/10
**then [9]** 5/25 6/10 9/13 10/9 11/5 11/11 11/20 19/9 20/22

**there [18]** 7/2 7/10 7/10 7/11 8/3 12/5 12/15 13/3 13/11 14/18 17/5 17/10 17/13 17/14 17/19 18/19 19/5 19/16 19/20 19/23
**there's [7]** 8/17 8/19 9/2 9/5 9/21 12/1 13/10
**thereafter [1]** 19/18
**therein [1]** 22/1
**these [22]** 5/2 5/24 7/23 8/1 10/1 10/3 10/4 10/6 10/14 10/23 11/11 12/11 12/12 13/20 14/5 15/2 15/3 15/14 19/25 22/6 22/24 22/25
**they [55]**
**they're [14]** 9/24 9/25 10/1 10/18 11/1 11/7 13/6 14/2 14/2 14/19 15/10 15/11 18/17 20/19
**they've [4]** 6/18 6/24 9/7 21/21
**thing [1]** 14/10
**things [4]** 6/4 15/14 16/15 22/10
**think [15]** 4/19 5/13 5/19 6/24 7/3 9/5 9/10 9/20 14/8 15/2 15/10 16/3 16/7 18/10 18/12
**this [47]**
**those [15]** 6/15 8/6 8/10 11/21 13/5 16/5 16/20 17/9 17/18 18/5 18/11 18/12 18/14 22/3 24/7
**though [3]** 8/12 8/14 9/1
**thousands [1]** 17/4
**three [8]** 9/14 9/16 9/20 14/5 15/4 19/7 20/8 21/10
**three-month [1]** 19/7
**through [6]** 5/2 7/1 10/7 10/11 12/25 17/18
**throughout [2]** 12/5 15/22
**time [9]** 5/2 5/7 5/11 14/11 15/7 15/15 16/2 16/4 16/15
**times [3]** 20/8 20/12 21/16
**Tire [1]** 11/14
**Today [1]** 4/6
**told [1]** 17/19
**took [1]** 16/5
**topics [6]** 9/16 11/11 11/12 11/20 11/20 11/21
**total [1]** 21/8
**TP [8]** 12/23 12/24 12/25 13/5 13/5 13/6 14/9 17/20
**TPU [1]** 17/1
**TPUSA [17]** 1/6 4/4 4/17 5/15 6/1 6/20 8/18 13/1 13/2 13/4 13/14 14/3 14/10 14/11 14/12 15/6 21/13
**transcript [4]** 1/9 2/9 24/4 24/6
**transcripts [1]** 17/18
**trial [11]** 4/24 18/24 19/7 19/12 19/23 19/24 22/11 22/14 22/14 22/15 22/17
**tried [1]** 14/22
**true [3]** 13/11 13/16 24/4
**try [3]** 14/20 17/2 18/23
**trying [2]** 11/12 20/18
**turn [2]** 6/4 6/8
**turned [1]** 10/25
**two [5]** 19/6 19/17 20/10 21/9 21/22
**Tyler [1]** 20/12
**typically [1]** 4/18

**U**

**U.S [2]** 13/18 14/3
**unclear [1]** 21/13
**under [1]** 21/5

**understand [3]** 12/19 15/2 17/25
**understanding [1]** 18/4
**unfortunately [3]** 14/13 15/21 16/8
**unique [1]** 14/6
**UNITED [3]** 1/1 1/10 24/8
**unpack [1]** 12/1
**unsigned [1]** 16/13
**unsworn [1]** 22/1
**until [5]** 12/10 13/1 14/23 18/25 18/25
**untimely [1]** 12/9
**up [10]** 4/22 5/25 10/25 15/1 16/1 17/23 18/22 19/23 21/16 22/16
**upon [2]** 5/7 6/14
**us [3]** 10/11 20/20 21/18
**USA [2]** 1/6 9/25
**USA's [1]** 10/7
**using [1]** 11/1
**Utah [1]** 13/4

**V**

**VANDERWOUDE [2]** 1/13 4/12
**various [2]** 5/20 21/8
**very [2]** 10/19 12/4
**visit [1]** 15/3
**VOL [1]** 3/2
**VOLUME [1]** 1/8
**voluminous [1]** 17/6
**vs [2]** 1/5 4/4

**W**

**wait [1]** 19/12
**waited [1]** 18/24
**want [6]** 5/1 5/13 15/4 15/6 16/1 19/15
**wanting [1]** 10/9
**was [52]**
**wasn't [4]** 6/16 8/24 12/10 13/1
**waste [2]** 15/6 16/4
**wasted [1]** 16/15
**wasting [1]** 16/2
**way [1]** 22/13
**we [70]**
**We'll [2]** 20/24 22/24
**we're [8]** 4/25 7/3 11/12 18/17 19/11 19/22 20/9 20/13
**we've [13]** 7/4 8/4 8/17 9/3 9/11 9/15 10/16 10/22 11/14 12/4 15/13 17/17 18/10
**weeks [1]** 8/15
**well [4]** 7/18 8/2 9/18 16/16
**went [3]** 5/5 5/18 7/7
**were [19]** 5/15 5/19 7/5 7/10 7/20 8/14 10/14 10/23 11/11 12/5 17/13 18/11 18/11 18/13 18/18 18/24 19/1 19/10 22/13
**weren't [1]** 14/19
**West [2]** 1/22 1/23
**what [18]** 5/13 5/20 6/18 7/25 7/25 8/8 9/24 10/22 12/20 13/19 14/4 14/18 15/10 17/8 18/10 18/17 18/17 21/18
**whatever [2]** 7/14 17/22
**WhatsApp [5]** 6/5 8/24 18/2 18/10 18/15
**when [15]** 7/10 9/9 10/9 11/3 11/8 11/21 12/13 14/20 14/23 15/5 16/14 19/3 19/18 20/19 21/17
**where [2]** 7/12 15/11
**whether [1]** 21/13

**W**

**weigh [1]** 5/20 7/10 9/22 17/3 19/10
21/4
**while [2]** 14/9 14/10
**WHITNEY [2]** 1/13 1/17
**who [12]** 6/5 6/7 6/10 7/8 8/20 11/3
13/14 13/14 14/14 17/15 22/8 22/8
**whole [1]** 10/3
**why [8]** 14/2 14/24 15/17 15/23 17/19
17/22 18/5 19/12
**will [12]** 5/3 6/2 14/8 18/11 19/1 21/7
21/24 22/3 22/6 22/16 22/17 22/20
**WILLENBURG [4]** 2/5 24/3 24/11
24/11
**witness [1]** 11/15
**witnesses [2]** 8/1 21/10
**woman [1]** 14/14
**won't [1]** 13/22
**work [1]** 14/9
**worked [2]** 12/25 15/5
**works [2]** 13/14 15/14
**WORTH [8]** 1/3 1/5 2/6 15/13 20/2
22/19 24/14 24/17
**would [9]** 4/9 5/12 7/19 13/21 14/1
15/5 16/9 16/15 19/13
**written [1]** 22/24

**Y**

**yahoo.com [2]** 2/7 24/19
**Yeah [1]** 20/8
**year [1]** 12/10
**years [2]** 8/11 13/1
**yes [3]** 19/14 19/23 20/3
**yet [3]** 7/21 8/11 18/3
**you [34]**
**you'd [1]** 5/8
**you're [3]** 16/2 16/3 18/10
**you've [1]** 13/22
**you-all [3]** 13/20 18/2 22/21
**your [17]** 4/11 4/15 5/8 5/10 6/7 11/25
13/21 15/9 15/18 16/21 18/8 18/9
18/19 19/9 19/14 20/3 20/7

**Z**

**Zoom [1]** 16/3